No. 95–1733. UNITED STATES v. HATTER, JUDGE, UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, ET AL. C. A. Fed. Cir. Because the Court lacks a quorum, 28 U. S. C. § 1, and since a majority of the qualified Justices are of the opinion that the case cannot be heard and determined at the next Term of the Court, the judgment is affirmed under 28 U. S. C. § 2109, which provides that under these circumstances the Court shall enter its order affirming the judgment of the court from which the case was brought for review with the same effect as upon affirmance by an equally divided Court. JUSTICE STEVENS, JUSTICE O'CONNOR, JUSTICE GINSBURG, and JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 95–1708. GREATER NEW ORLEANS BROADCASTING ASSN., INC., ET AL. v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of 44 Liquormart, Inc. v. Rhode Island, 517 U. S. 484 (1996).

No. 95–2010. CROUSE v. UNITED STATES. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of Koon v. United States, 518 U. S. 81 (1996).

No. 95–2090. FIELDS, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS, ET AL. v. BATTLE ET AL. C. A. 10th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the Prison Litigation Reform Act of 1996, Pub. L. No. 104–134, 110 Stat. 1321.